UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD S. TEITZEL,<br><br>    Defendant. | No. Cr08-5139<br><br>ORDER DENYING DEFENDANT'S DETAINER RESOLUTION REQUEST |

This matter comes before the Court on the Defendant's Detainer Resolution Request (Pursuant to RCW 9.100.010). Dkt. 11. The Government filed its Response (Dkt. 12). Based on the Court's review of the pleadings, the Defendant's Request is DENIED.

Mr. Teitzel pled guilty before Chief Magistrate Judge J. Kelley Arnold on April 23, 2008 to one count of DWLS 2nd and one count of Negligent Driving 1st. He was sentenced to 30 days detention and placed on one year of supervised release. Prior to his completion of his supervised release, Mr. Teitzel was convicted in Pierce County Superior Court of DUI and sentenced to 13 months. Mr. Teitzel is now serving that sentence at the Washington Correction Center in Shelton. Based on alleged violations of his supervised release (based on the same facts that led to his state conviction), the Court issued a warrant for the Defendant's arrest.

In his Request, Mr. Teitzel asks this court to take no action on his alleged violations of supervised release, apparently consider his State sentence as sufficient punishment for his violation of his supervision and then allow him to voluntarily enter a treatment facility once he is released from state custody.

The Court also notes that Mr. Teitzel's counsel, in this federal matter, wrote a letter to the Court requesting lifting of the detainer placed on Mr. Teitzel so that he would be able to apply for work camp. Dkt. 11. Mr. Yanasak, counsel for the defendant, advised the Court that Mr. Teitzel had been classified as a medium risk as opposed to a minimum risk. Apparently the difference in classification prevents Mr. Teitzel from applying for work camp.

The Government opposes Mr. Teitzel's request on the grounds that neither RCW 9.100.010 or The Interstate Agreement on Detainers Act applies to Mr. Teitzel's situation. The Court agrees. Therefore, the Defendant's Detainer Resolution Request is hereby DENIED.

Dated this 20th day of July, 2009.

Karen L. Strombom
Chief United States Magistrate Judge